UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 3:07-00073 |
| ) | Judge Echols |
| DERRICK ARCHIBALD ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant Derrick Archibald's Motion to Suppress (Docket Entry No. 16) is hereby DENIED.

A jury trial in this case will commence on Tuesday, October 16, 2007, as previously scheduled. Also as previously ordered, any plea agreement shall be consummated by noon, Friday, October 12, 2007, and the Courtroom Deputy so notified. Any proposed plea agreement shall be submitted to the Court by Monday, October 15, 2007, or as otherwise scheduled by the Court.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE